PER CURIAM.
Affirmed. AFM Corp. v. Southern Bell Telephone & Telegraph, Co., 515 So.2d 180 (Fla.1987); Food Fair Stores, Inc. v. Vanguard Investments Co., Ltd., 298 So.2d 515 (Fla. 3d DCA), cert. denied, 305 So.2d 209 (Fla.1974); Ginsberg v. Lennar Florida Holdings, Inc., 645 So.2d 490 (Fla. 3d DCA 1994); Peninsula Federal Savings & Loan Ass’n v. DKH Properties, Ltd., 616 So.2d 1070 (Fla. 3d DCA 1993); Khawly v. Reboul, 488 So.2d 856 (Fla. 3d DCA 1986); United of *280 Omaha Life Ins. Co. v. Nob Hill Associates, 450 So.2d 536 (Fla. 3d DCA 1984), rev. denied, 458 So.2d 273 (Fla.1984); Ethyl Corp. v. Balter, 386 So.2d 1220 (Fla. 3d DCA 1980), rev. denied, 392 So.2d 1371 (Fla.1981), cert. denied, 452 U.S. 955, 101 S.Ct. 3099, 69 L.Ed.2d 965 (1981); Tobin & Tobin Ins. Agency, Inc. v. Zeskind, 315 So.2d 518 (Fla. 3d DCA 1975); Section 725.01, Florida Statutes (1994).